AO 106 (Rev. 04/10) Application for a Search Warrant

CS

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>The residence located 1605 Koebel Road, Columbus, Ohio 43207-2744, including curtilage | )<br>)<br>) Case No. 2:22-mj-183<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A INCORPORATED HEREIN BY REFERENCE

located in the ___Southern___ District of ___Ohio___, there is now concealed *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B INCORPORATED HEREIN BY REFERENCE

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC Section 922(g)(1) | Felon in possession of a firearm |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT INCORPORATED HEREIN BY REFERENCE

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Samuel Chappell, TFO ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/17/2022

_____
Chelsey M. Vascura
United States Magistrate Judge
*Judge's signature*

City and state: Columbus, Ohio

Chelsey M. Vascura, U.S. Magistrate Judge
*Printed name and title*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF The premises located at 1605 KOEBEL RD, COLUMBUS, OH 43207-2744, including curtilage. | Case No. 2:22-mj-183<br><br>**Filed Under Seal** |

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR A SEARCH WARRANT

1. I, Samuel Chappell, being first duly sworn, hereby depose and state as follows:

### I. INTRODUCTION AND AGENT BACKGROUND

2. I make this Affidavit in support of an application for a search warrant under Federal Rule of Criminal Procedure 41 to authorize law enforcement to search the premises known as 1605 Koebel Road, Columbus, Ohio 43207, hereinafter referred to as the "SUBJECT PREMISES," further described in Attachment A, for the items described in Attachment B.

3. I am a Columbus Ohio Police Officer (Columbus Police Department) currently assigned as a Task Force Officer (TFO) with the Bureau of Alcohol Tobacco, Firearms and Explosives (ATF). The Columbus Division of Police (CPD) has employed me since 2007. My responsibilities as a Task Force Officer include the investigation of violent criminal street gangs, narcotics traffickers, firearm traffickers, as well as the illegal possession and use of firearms. I have participated in numerous investigations of criminal violations relating to illegal firearms possession, firearms trafficking, and shooting investigations. I have participated in the execution of search warrants and arrests related to the above-referenced offenses. By virtue of my experience and training, I am familiar with residential search warrants. Throughout this Affidavit, reference to "investigators" specifically refers to criminal investigators.

1

4. I know based on my training and experience that individuals who possess firearm and ammunition, as felons or otherwise, often possess other items commonly used or acquired in connection with the possession of firearms and ammunition. Some of these items include, but are not limited to, other firearms, firearm parts, additional ammunition, firearm receipts, firearms brochures or owner's manuals, records of sale or acquisition of firearms, firearms magazines, and holsters.

5. I know based on my training and experience that individuals who possess the above-described items (i.e., firearms, ammunition, and other items commonly used or acquired in connection with the possession of firearms and ammunition), as felons or otherwise, often store those items—including firearms and ammunition—in their homes or cars, so that the firearms and ammunition are easily accessible. I also know that firearms are durable and non-perishable goods, which can be expected to remain in the individual's possession for extended periods of time.

6. The facts in this Affidavit come from my personal observations, my training and experience, and information obtained from other investigators and witnesses. This Affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

7. Based on my training and experience and the facts as set forth in this Affidavit, there is probable cause to believe that violations of Title 18, United Sates Code, Section 922(g)(1) (felon in possession of firearm) has been committed by Matthew KRONK. There is also probable cause to search the SUBJECT PREMISES described in Attachment A for evidence, instrumentalities, and/or fruits of this crime, as further described in Attachment B.

## APPLICABLE STATUTES AND DEFINITIONS

8.  Title 18, United States Code, Section 922(g)(1) makes it a federal crime for a person to knowingly possession a firearm after being convicted of a crime punishable by imprisonment for a term exceeding one year.

## CRIMINAL HISTORY

9.  KRONK has the following felony convictions that could result in a sentence of more than one year in prison.

    a.  On or about November 30, 2001, KRONK was sentenced in the Franklin County, Ohio Court of Common Pleas, Case 01CR001416, for one (1) count of discharging a firearm, a felony of the second degree.

    b.  On or about November 10, 2003, KRONK was sentenced in the Franklin County, Ohio Court of Common Pleas, Case 02CR005374, for four (4) counts of trafficking in drugs, which are felonies of the fourth degree, and one count of receiving stolen property, a felony of the fourth degree.

    c.  On or about November 30, 2010, KRONK was sentenced in the Franklin County, Ohio Court of Common Pleas, Case 10CR000615, for one (1) count of possession of drugs, a felony of the third degree.

## PROBABLE CAUSE

11. This Affidavit is submitted for the limited purpose of establishing probable cause and therefore contains only a summary of the relevant facts. I have not included each and every fact that I, or others, have learned during the course of this investigation. The information set forth in this Affidavit is based on my own participation in the investigation, information I have received from other law enforcement officials, and from my other agents' analysis of documents and records

3

relating to this investigation. As one of the case agents on this investigation, I am familiar with the investigative efforts of other investigators who have worked on this investigation. Further, I am familiar with the evidence gathered through the issuance of search warrants, subpoenas, and/or information provided to myself and other agents by cooperating individuals.

12. Law enforcement, including ATF and CPD, is conducting a criminal investigation of Matthew KRONK for violations of Title 18, United Sates Code, Section 922(g)(1) (felon in possession of firearm).

13. On or about September 2, 2021, investigators received information from a reliable Confidential Informant (CI), hereinafter referred to as CS1. CS1 has given credible information in the past that investigators have been able to independently verify as accurate. CS1 is an associate of KRONK and has known him for several years.

14. CS1 stated a male named Matthew KRONK is a large narcotics dealer in the south side of Columbus, Ohio. CS1 stated KRONK sells large amounts of Percocet pills, cocaine, and marijuana. CS1 stated KRONK owns a home at 1605 Koebel Rd (the SUBJECT PREMISES) where KRONK stores his illegal narcotics, firearms, and bulk cash he makes selling narcotics. CS1 stated KRONK recently purchased a home at 2665 S. High St. and used the proceeds from his narcotic sales to completely remodel the home.

15. CS1 stated KRONK has a few firearms inside of 2665 S. High St. for his protection but is keeping the SUBJECT PREMISES as his stash house for his illegal activities. Your Affiant knows from training and experience that the term stash house is used to describe a place where firearms and narcotics are stored.

16. On or about September 20, 2021, a CPD investigation listed Matthew KRONK as a suspect related to an aggravated menacing. The caller called CPD and stated that Matt KRONK

4

pulled up in the caller's parking lot, pointed a gun in the caller's face, and told the caller he will be back to shoot him and shoot up the business.

17. The caller stated that KRONK was in a newer black Chevy pickup truck and had two mean pit bulls and a female with him. The caller stated that the female was hysterically crying and hunched over staring at her feet. The caller stated that when the female looked up at him, she looked terrified. When CPD Officers arrived at the scene they were met by the caller.

18. The caller told officers that KRONK pointed a gun at him and stated, "I'll fucking shoot you," and then stated, "I'm Matthew KRONK, everyone knows me," before driving off. Columbus Police officers subsequently showed the caller a Columbus Police mugshot of KRONK, and the caller positively identified KRONK as the suspect.

19. On or about October 5, 2021, at approximately 5:08 a.m., investigators conducted a trash pull from 2665 S. High St., Columbus Ohio 43207. Detectives found an Ohio BMV registration card that was in Matthew KRONK's name, mail from United Healthcare that was addressed to Matthew KRONK, an advertisement mail that was in Matthew KRONK's name, a hospital bracelet that was in Matthew KRONK's name with his birth date of 9/3/1992, a WOW internet bill that was in Matthew KRONK's name that listed Matthew KRONK's phone number as (614) 256-6758, an AEP Ohio bill in Matthew KRONK's name, and a pill bottle that had Matthew KRONK's name on the bottle. All the mail and documents that had Matthew KRONK's name on them listed an address of the SUBJECT PREMISES.

20. In or around late January of, 2022, a Confidential Source (CS), hereafter referred to as CS2, went with KRONK to the SUBJECT PREMISES after CS2 and KRONK had both been drinking alcohol. CS2 stated that inside of KRONK's bedroom, he/ she observed four (4) to five (5) firearms in plain sight. CS2 stated that there was a TV in the bedroom that showed multiple

5

surveillance cameras around the SUBJECT PREMISES. CS2 stated that there was a dog present. CS2 stated the home had a large red fence around it. Investigators were able to independently corroborate several of CS2's statements via physical and electronic surveillance. CS2 identified as photo of KRONK. Law enforcement therefore deems CS2 to be a credible source of information.

21. On or about March 1, 2022, CS1 provided additional information to investigators. CS1 stated -KRONK was living at the SUBJECT PREMISES. CS1 stated KRONK had moved his firearms and narcotics into the SUBJECT PREMISES from another residence. CS1 stated KRONK has an extensive surveillance system and a large dog at the SUBJECT PREMISES. CS1 stated that KRONK had recently purchased a black Jeep. Investigators were able to independently corroborate several of CS1's statements via physical and electronic surveillance. In addition, the investigation has indicated that, as detailed below, KRONK did recently purchase a black Jeep.

## ADDITIONAL TIES TO THE SUBJECT PREMISES

22. Records from the Franklin County Auditor's Office show that KRONK is the listed owner of the SUBJECT PREMISES. KRONK purchased the SUBJECT PREMISES on or about June 10, 2014, for $13,500.

23. On or about February 10, 2022, KRONK purchased a 2017 Black Jeep Grand Cherokee. KRONK registered the vehicle to the SUBJECT PREMISES.

24. During the month of February 2022, a detective with the Columbus Division of Police attempted to contact KRONK as part of a separate investigation. The detective sent a letter to the SUBJECT PREMISES. The detective was then contacted by a lawyer representing KRONK.

25. On or about March 15, 2022, investigators conducted surveillance at the PREMISES. Investigators observed the black Jeep Grand Cherokee registered to KRONK leave the PREMISES. Due to the vehicles high rate of speed and disregard of traffic signals investigators were not able to confirm KRONK as the driver.

26. On or about March 16, 2022, investigators observed the black Jeep Grand Cherokee registered to KRONK parked at a car wash in Grove City Ohio. KRONK was observed vacuuming the vehicle. KRONK was observed operating the vehicle and was the lone occupant.

27. Based on the totality of the facts and circumstances described above, Your Affiant respectfully submits that probable cause exists that KRONK, a convicted felon, did knowingly and intentionally possess a firearm and ammunition, said firearm and ammunition having travelled in interstate commerce, in violation of Title 18 U.S.C. § 922(g)(1), felon in possession of a firearm or ammunition. Furthermore, Your Affiant respectfully submits that probable cause exists that evidence of 18 U.S.C. § 922(g)(1) including items listed in Attachment B, will be found at the SUBJECT PREMISES.

Respectfully submitted,

_____
Samuel Chappell
Task Force Officer, ATF

Sworn to via telephone on this ___17 day of March, 2022,
after submission by reliable electronic means.
Fed.R.Crim.P. 4.1 and 41(d)(3).

_____
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE

## Attachment A

### Places to be Searched

The place to be searched is the residence described below, including all its appurtenances, parking areas, outdoor working areas, vehicles, and detached buildings:

The SUBJECT PREMISES, that being 1605 Koebel Road, Columbus, Ohio 43207, is a single-family one-story home with an attic. The residence has cream-colored siding and a red wooden fence around it. A gravel driveway leads from the road to front door. There is a black mailbox with the numbers 1605 located at the beginning of the driveway. A photo of the location is attached.



8

## Attachment B

### Items to be Seized

1. Firearms and ammunition, as evidence related to potential violation(s) of 18 U.S.C. § 922(g)(1).

2. Firearm parts, accessories, and items commonly used or associated with the possession of firearms, including conversion devices, ammunition, firearm magazines, and holsters.

3. Documents related to the purchases or transfer of firearms and ammunition.

4. Items of identification and records that establish dominion and control of the SUBJECT PREMISES, including, but not limited to, any form(s) of identification, residence keys, mail, envelopes, receipts for rent, bills, and photographs.