AO 93 (Rev 11/13) Search and Seizure Warrant

FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 APR 11 PM 4: 52

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

## UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 2:22-mj-183
The residence located 1605 Koebel Road, Columbus, Ohio )
43207-2744, including curtilage )
)
)

### SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Southern    District of    Ohio
*(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A INCORPORATED HEREIN BY REFERENCE**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B INCORPORATED HEREIN BY REFERENCE**

**YOU ARE COMMANDED** to execute this warrant on or before    3/31/2022    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Any United States Magistrate    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of ___

Date and time issued:    3/17/2022 at 11:43am

*Judge's signature*



City and state:    Columbus, Ohio    , U.S. Magistrate Judge Chelsey M. Vascura
*Printed name and title*

AO 93 (Rev 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: 3-23-22 | Copy of warrant and inventory left with: AT Scene |
|---|---|---|

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

See ATTACHED INVENTORY

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3-23-22

*Executing officer's signature*

S Chappell
*Printed name and title*

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Receipt for Property and Other Items

| Case/Inspection Number | Case/Inspection Title | Office |
|---|---|---|
| M. KRONK | | Columbus T. F. O. |

| Taken from (name, title, address, if appropriate) | Recipient (name, title, address, if appropriate) |
|---|---|
| 1605 Ketrel Rd<br>Columbus, OH 43223 | ATF Columbus T.F.O. |

| Location of Transfer or Seizure | Basis for Transfer or Seizure of Items |
|---|---|
| Sam as above | Search Warrant |

| Amount or Quantity | Description of Item(s) |
|---|---|
| 1 | Glock 19 Gen 4, 9mm, SN:UCKY471, Yosoba" w/magaz. loaded w/6 mm. + 1 Chamber |
| 2 | S&W m&p Bodyguard, 380, button JK, SN: KB2584u, loaded mag + 1 in 18" |
| 3 | two loaded Glock magazine, w/9mm JK, before |

3JqSNc481

I hereby acknowledge receipt of the above item(s) into my custody

| Received by (Signature) | | |
|---|---|---|
| Transferred by (Signature, if appropriate) | Date | Witnessed by (Signature) | Date |
| | 3/28/22 | M H | 3/28/22 |

ATF Form 3400.23
Revised March 2004

**Attachment A**

**Places to be Searched**

The place to be searched is the residence described below, including all its appurtenances, parking areas, outdoor working areas, vehicles, and detached buildings:

The SUBJECT PREMISES, that being 1605 Koebel Road, Columbus, Ohio 43207, is a single-family one-story home with an attic. The residence has cream-colored siding and a red wooden fence around it. A gravel driveway leads from the road to front door. There is a black mailbox with the numbers 1605 located at the beginning of the driveway. A photo of the location is attached.



## Attachment B

### Items to be Seized

1. Firearms and ammunition, as evidence related to potential violation(s) of 18 U.S.C. § 922(g)(1).

2. Firearm parts, accessories, and items commonly used or associated with the possession of firearms, including conversion devices, ammunition, firearm magazines, and holsters.

3. Documents related to the purchases or transfer of firearms and ammunition.

4. Items of identification and records that establish dominion and control of the SUBJECT PREMISES, including, but not limited to, any form(s) of identification, residence keys, mail, envelopes, receipts for rent, bills, and photographs.